<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARBON COUNTY COURT OF COMMON PLEAS COMMONWEATH OF PENNSLYVANIA,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSEPH DUMANOV,**<br><br>Defendant. | **Civil Action No. 15-1602 (ES) (MAH)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

On March 3, 2015, Defendant Joseph Dumanov removed the instant action from the Court of Common Pleas Commonwealth of Pennsylvania. (D.E. No. 1). On October 2, 2015, Magistrate Judge Michael A. Hammer issued an Order to Show Cause as to why the instant case should not dismissed for lack of jurisdiction. (D.E. No. 3).

Following Defendant's written submission, Judge Hammer recommended that the District Court dismiss the action with prejudice for lack of jurisdiction. (D.E. No. 5, Report and Recommendation). In particular, Judge Hammer found that Defendant's notice of removal failed to state a federal cause of action or allege diversity of citizenship. (*See id.* at 2).

Having reviewed Defendant's submission and Judge Hammer's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 11th day of January 2016,

**ORDERED** that this Court adopts Magistrate Judge Hammer's Report and Recommendation, (D.E. No. 5), in full, as the Opinion of this Court; and it is further

**ORDERED** that the case is dismissed *with prejudice*; and it is further

- 2 -

**ORDERED** that the Clerk of the Court may terminate docket entry number 5 and make this matter as CLOSED.

**SO ORDERED.**

<u>*s/Esther Salas*</u><br>
**Esther Salas, U.S.D.J.**